UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 16-25636
Edwin Lendabarker )
)  Chapter: 13
)  Honorable Janet S. Baer
)
)
Debtor(s) )

## ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS

This matter coming before the Court on the trustee's motion to dismiss, due notice having been given, and the Court having heard the facts presented;

IT IS HEREBY ORDERED that this case is dismissed on the trustee's motion for material default by the Debtor with respect to a term of a confirmed plan pursuant to § 1307(c)(6).

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  December 14, 2018

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)